**EMD SERVICES, INC. 23-06798**

**EXHIBIT 1 - LIQUIDATION ANALYSIS**

| Asset | Lien Holder | Lien | Market Value | Eq. |
|---|---|---|---|---|
| DIP Acct | N/A | 0.00 | 16,448.09 | |
| Office Furn/Eq | N/A | 0.00 | 1,250.00 | |
| 2016 Freightliner #3187 | AEI | 8,727.84 | 12,500.00 | |
| 2016 Freightliner #3193 | AEI | 8,727.84 | 12,500.00 | |
| 2020 Util. Trailer #8348 | AEI | 12,065.00 | 12,065.00 | |
| 2016 Freightliner #1135 | AEI | 12,065.00 | 12,500.00 | |
| 2020 Util. Trailer #8349 | AEI | 12,065.00 | 12,065.00 | |
| 2020 Util. Trailer #8350 | AEI | 12.065.00 | 12,065.00 | |
| 2020 Util. Trailer #8351 | AEI | 12.065.00 | 12,065.00 | |
| 2020 Util. Trailer #8352 | AEI | 12.065.00 | 12,065.00 | |
| 2020 Util. Trailer #8353 | AEI | 12.065.00 | 12,065.00 | |
| 2020 Util. Trailer #8354 | AEI | 12.065.00 | 12,065.00 | |
| 2020 Util. Trailer #8355 | AEI | 12.065.00 | 12,065.00 | |
| 2020 Util. Trailer #8356 | AEI | 12.065.00 | 12,065.00 | |
| 2020 Util. Trailer #8357 | AEI | 12.065.00 | 12,065.00 | |
| 2019 Freightliner #3655 | ALL | 41,000.00 | 50,000.00 | |
| 2020 Util. Trailer #5843 | AMU | 16,096.03 | 25,000.00 | |
| 2020 Util. Trailer #5844 | AMU | 16,096.03 | 25,000.00 | |
| 2020 Util. Trailer #5845 | AMU | 16,096.03 | 25,000.00 | |
| 2020 Util. Trailer #5846 | AMU | 16,096.03 | 25,000.00 | |
| 2020 Util. Trailer #5847 | AMU | 16,096.03 | 25,000.00 | |
| 2019 Freightliner #3654 | AMU | 50,629.96 | 50,000.00 | |
| 2015 Vang. Tr. #7418 | ARV | 8,746.21 | 15,000.00 | |
| 2017 Vang. Tr. #8333 | ARV | 13,751.21 | 17,000.00 | |
| 2017 Vang. Tr. #8340 | ARV | 13,751.21 | 17,000.00 | |
| 2017 Vang. Tr. #8342 | ARV | 13,751.21 | 17,000.00 | |
| 2017 Vang. Tr. #8344 | ARV | 13,751.21 | 17,000.00 | |
| 2017 Vang. Tr. #8386 | ARV | 13,751.21 | 17,000.00 | |
| 2018 Vang. Tr. #4530 | ARV | 14,751.21 | 19,000.00 | |
| 2017 Vang. Tr. #4467 | ARV | 13,751.21 | 17,000.00 | |
| 2017 Vang. Tr. #8319 | ARV | 13,751.21 | 17,000.00 | |
| 2018 Vang. Tr. #8333 | ARV | 14,751.21 | 19,000.00 | |
| 2017 Freightliner #4698 | ARV | 26,091.35 | 30,000.00 | |
| 2017 Freightliner #6258 | ARV | 26,091.35 | 30,000.00 | |
| 2017 Freightliner #4738 | ARV | 99,082.47 | 85,000.00 | |
| 2017 Freightliner #5735 | ARV | 99,082.47 | 85,000.00 | |
| 2020 Freightliner #7690 | ARV | 99,082.47 | 85,000.00 | |
| 2020 Freightliner #7807 | AUX | 101,771.82 | 80,000.00 | |
| 2020 Freightliner #4626 | AUX | 101,771.82 | 80,000.00 | |
| 2019 Kenworth #1151 | BAN | 102,197.77 | 60,000.00 | |
| 2023 Util. Trailer #5846 | FLA | 50,536.51 | 45,000.00 | |
| 2023 Util. Trailer #1307 | FLA | 50,536.51 | 45,000.00 | |
| 2019 Freightliner #5073 | FLA | 79,857.64 | 65,000.00 | |
| 2019 Freightliner #5164 | FLA | 79,857.64 | 65,000.00 | |
| 2017 Nissan P/U | HUN | 14,148.56 | 20,000.00 | |
| 2019 Freightliner #4704 | NAV | 4,098.54 | 30,000.00 | |
| 2019 Kenworth #0135 | PNC | 61,013.53 | 60,000.00 | |

| | | | |
|---|---|---|---|
| 2019 Kenworth #0465 | PNC | 61,013.53 | 60,000.00 |
| 2019 Kenworth #0501 | PNC | 61,013.53 | 60,000.00 |
| 2019 Kenworth #0240 | PNC | 61,013.53 | 60,000.00 |
| 2019 Kenworth #0318 | PNC | 61,013.53 | 60,000.00 |
| 2019 Freightliner #5186 | SIE | 98,372.35 | 70,000.00 |
| 2019 Freightliner #5280 | SIE | 98,372.35 | 70,000.00 |
| 2019 Freightliner #5027 | SIE | 98,372.35 | 70,000.00 |
| 2020 Freightliner #4540 | TAB | 88,636.15 | 80,000.00 |
| 2020 Freightliner #7863 | TAB | 88,636.15 | 80,000.00 |
| 2020 Util. Trailer #7720 | TAB | 40,482.66 | 35,000.00 |

**TOTAL ASSETS:**          **Liens: $2,221,002.47**     **Market Value: $2,042,848.09**

**LESS THE FOLLOWING EXPENSES:**

**Chapter 7 Auctioneer Fees**
| | |
|---|---|
| 20% of first $20,000 | $ (4,000.00) |
| 10% of next $50,000 | $ (5,000.00) |
| 4% of balance | $ (86,040.10) |

**Chapter 7 Trustee Commission**
| | |
|---|---|
| 25% of first $5,000 | $ (1,250.00) |
| 10% of next $5,000 to $50,000 | $ (4,500.00) |
| 5% of $50,000 to $1 million | $ (47,500.00) |
| 3% of balance | $ (36,630.07) |

**Chapter 7 Administrative Claims**          $ ($5,000.00)

**Chapter 11 Administrative Claims (Est)**     $ ($35,000.00)

**Priority Claims**                           $ (0.00)

**TOTAL AVAILABLE FOR UNSECURED CREDITORS**   **$ (403,074.55)**

**LIABILITIES**

Claim #

**UNCLASSIFED CLAIMS**

   **Adminstrative Expense Claims**

   Ken Novak, Subchapter V Trustee                   To be determined by Court
   William Avellone, Subchapter V Trustee             To be determined by Court
   Saulius Modestas, Debtor's Attorney                To be determined by Court

**CLAIMS CLASSIFIED IN PLAN**

| Class | Claim # | Amount |
|---|---|---|
| Class 1 - Allstate Express of IL | | $ 150,170.68 |
| Class 2 - Ally Financial | 3 | $ 49,774.83 |
| Class 3 – Amur | 10,11 | $ 161,847.17 |
| Class 4 – Arvest | | $ 402,000.00 |
| Class 5 – Auxilior | 2,14 | $ 160,000.00 |
| Class 6 – Banterra | 9 | $ 60,000.00 |
| Class 7 – Flagstar | 7 | $ 220,000.00 |
| Class 8 – Huntington | 1 | $ 13,822.89 |
| Class 9 – Navitas | 13 | $ 13,750.80 |
| Class 10 – PNC Bank | 8 | $ 0.00 (Moved - Class 13) |
| Class 11 – Siemens | | $ 210,000.00 |
| Class 12 – TAB | 4,5 | $ 240,719.65 |

                                                            **Total: $1,682,086.02**

   **Class 12 – Non-Priority Unsecured Claims**
   (Disputed Claims without Proof of Claim
   are not Included )

| Creditor | Claim # | Amount |
|---|---|---|
| Amur | 10,11 | $ 16,122.77 |
| Arvest | | $ 84,625.56 |
| Auxilior | 2, 14 | $ 63,091.99 |
| Banterra | 9 | $ 47,783.70 |
| Chase | 6 | $ 2,389.11 |
| Flagstar | 7 | $ 93,810.61 |
| PNC | 8 | $ 381,067.29 |
| SBA | 12 | $ 100,223.50 |
| Siemens | | $ 85,117.05 |

                                                            **Total: $ 874,231.58**

   **Class 13 – Equity Security Holders**
   Dovile Kanzezauskaite                                        100%