**EMD SERVICES, INC. 23-06798**

**EXHIBIT 2**

**FINANCIAL PROJECTIONS**

**PROJECTED MONTHLY REVENUE**

**(3 YEAR PLAN – November 2023 – October 2026):**                                    **$555,000.00**

**PROJECTED MONTHLY EXPENSES (3 YEAR PLAN – July 2020 - June 2023):**

| | |
|---|---|
| Drivers | ($219,000.00) |
| Driver/Office Supplies | ($ 5,750.00) |
| Employees/Non-Driver Contractors | ($ 10,000.00) |
| Fuel | ($170,000.00) |
| Insurance | ($ 35,750.00) |
| Leases/Rents | ($ 25,000.00) |
| Logbooks | ($ 5,000.00) |
| Parts | ($ 20,000.00) |
| Software | ($ 1,500.00) |
| Tolls and Taxes | ($ 4,000.00) |
| Utilities | ($ 3,480.57) |

**TOTAL EXPENSES:**                                                                                              **($499,480.57)**

**PLAN PAYMENTS:**

| | |
|---|---|
| Allstate Express of IL | ($ 4,828.40) |
| Ally Financial | ($ 1,600.40) |
| Amur | ($ 4,203.84) |
| Arvest | ($ 12,861.11) |
| Auxilior | ($ 5,144.44) |
| Banterra | ($ 1,929.17) |
| Flagstar | ($ 7,073.61) |
| Huntington | ($ 444.44) |
| Navitas | ($ 442.13) |
| Siemens | ($ 6,752.08) |
| TAB | ($ 7,739.81) |

**TOTAL PLAN PAYMENTS:**                                                                                  **($ 53,019.43)**

**PROJECTED DISPOSABLE INCOME:**                                                              **$   2,500.00**
**TO BE PAID TO CLASS 11 –**
**Non-Priority Unsecured Creditors**